

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00082-CR

CHRISTOPHER WAYNE MORRISS, Appellant

§ On Appeal from the 89th District Court

§ of Wichita County (61,511-C)

§ September 9, 2021

V.

§ Memorandum Opinion by Justice Kerr

THE STATE OF TEXAS

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in one of the trial court's judgments. We affirm the trial court's judgment on count 1. We modify the judgment on count 6 to (1) delete and replace "Indecency w/ Child Sexual Contact" with "Indecency w/ Child Exposure" and (2) delete and replace "2nd Degree Felony" with "3rd Degree Felony." We affirm the judgment on count 6 as modified.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr